ROBBINS ARROYO LLP
BRIAN J. ROBBINS (190264)
brobbins@robbinsarroyo.com
GEORGE C. AGUILAR (126535)
gaguilar@robbinsarroyo.com
ASHLEY R. RIFKIN (246602)
arifkin@robbinsarroyo.com
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Attorneys for Plaintiff Melvin Brenner
and Proposed Lead Counsel for Plaintiffs

[Additional Counsel on Signature Pages]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD STERN, Derivatively on Behalf of SUNPOWER CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS H. WERNER, CHARLES D. BOYNTON, ARNAUD CHAPERON, BERNARD CLÉMENT, DENIS GIORNO, DANIEL LAURÉ, CATHERINE LESJAK, THOMAS R. MCDANIEL, HUMBERT DE WENDEL, and PAT WOOD III,<br><br>Defendants,<br><br>– and –<br><br>SUNPOWER CORPORATION,<br><br>Nominal Defendant. | Case No. 3:16-cv-05312-RS<br><br>Hon. Richard Seeborg<br><br>**STIPULATION REGARDING CONSOLIDATION OF RELATED ACTIONS AND CASE MANAGEMENT; AND [~~PROPOSED~~] ORDER THEREON** |

[CAPTION CONTINUED ON NEXT PAGE]

| | |
|---|---|
| PETER MOSCONE, Derivatively on Behalf of Nominal Defendant SUNPOWER CORPORATION, | Case No. 3:16-cv-05381-RS |
| | Hon. Richard Seeborg |
| Plaintiff, | |
| v. | |
| BERNARD CLÉMENT, DENIS GIORNO, CATHERINE LESJAK, ARNAUD CHAPERON, DANIEL LAURÉ, PAT WOOD III, THOMAS R. MCDANIEL, HUMBERT DE WENDEL, and THOMAS H. WERNER, | |
| Defendants, | |
| – and – | |
| SUNPOWER CORPORATION, a Delaware Corporation, | |
| Nominal Defendant. | |
| MELVIN BRENNER, Derivatively on Behalf of SUNPOWER CORPORATION, | Case No. 5:16-cv-05988-RS |
| | Hon. Richard Seeborg |
| Plaintiff, | |
| v. | |
| THOMAS H. WERNER, CHARLES D. BOYNTON, BERNARD CLÉMENT, LADISLAS PASZKIEWICZ, DANIEL LAURÉ, CATHERINE A. LESJAK, THOMAS R. MCDANIEL, PAT WOOD III, ARNAUD CHAPERON, DENIS GIORNO, JEAN-MARC OTERO DEL VAL, and HUMBERT DE WENDEL, | |
| Defendants, | |
| – and – | |
| SUNPOWER CORPORATION, a Delaware corporation, | |
| Nominal Defendant. | |

WHEREAS, there are presently three related shareholder derivative actions against certain of the officers and directors of SunPower Corporation ("SunPower") on file in this Court;

WHEREAS, in an effort to assure consistent rulings and decisions and the avoidance of unnecessary duplication of effort, counsel for the parties to the related SunPower shareholder derivative actions currently on file in this Court enter into this stipulation. The counsel are: (1) Robbins Arroyo LLP and Vita Law Offices P.C. on behalf of plaintiff Melvin Brenner; (2) Profy Promisloff & Ciarlanto, P.C., Law Office Of Alfred G. Yates, Jr., P.C., and Brodsky & Smith, LLC on behalf of plaintiff Bernard Stern; (3) Gainey McKenna & Egleston and The Wagner Firm on behalf of plaintiff Peter Moscone; (4) and Wilson Sonsini Goodrich & Rosati on behalf of defendants Thomas H. Werner, Charles D. Boynton, Bernard Clément, Ladislas Paszkiewicz, Daniel Lauré, Catherine A. Lesjak, Thomas R. Mcdaniel, Pat Wood III, Arnaud Chaperon, Denis Giorno, Jean-Marc Otero del Val, and Humbert de Wendel, and nominal defendant SunPower (collectively, "Defendants");

WHEREAS, the parties have met and conferred and agree that, as these actions arise out of the same alleged transactions and occurrences and involve the same or substantially similar alleged issues of fact and law, they are related and should be consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure (hereinafter the "Consolidated Action") and that consolidation of the actions will promote judicial economy and preserve both public and private resources;

WHEREAS, Plaintiffs[1] and Defendants agree that it would be duplicative and wasteful of the Court's resources for Defendants to have to respond to the individual complaints prior to the agreed-upon consolidation; and

WHEREAS, Defendants take no position of the selection of lead counsel for Plaintiffs in the Consolidated Action but agree that the appointment of lead counsel facilitates orderly progress and organization in the litigation of the Consolidated Action;

---

[1] "Plaintiffs" refers to plaintiffs Stern, Moscone, Brenner, and any plaintiff in any related case (as defined herein) that may be consolidated with, and into, the Consolidated Action.

- 1 -

STIPULATION RE: CONSOLIDATION OF RELATED ACTIONS AND CASE MANAGEMENT; AND [PROPOSED] ORDER THEREON
CASE NOS. 16-CV-05312-RS; 16-CV-05381-RS; 16-CV-05988-RS

- 2 -

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and Defendants, through their respective counsel of record, as follows:

1.  The following actions are hereby related and consolidated for all purposes, including pre-trial proceedings and trial:

| **Abbreviated Case Name** | **Case Number** | **Date Filed** |
| --- | --- | --- |
| *Stern v. Werner, et al.* | 5:16-cv-05312-RS | Sept. 16, 2016 |
| *Moscone v. Clement, et al.* | 5:16-cv-05381-RS | Sept. 20, 2016 |
| *Brenner v. Werner, et al.* | 3:16-cv-05988-RS | Oct. 17, 2016 |

2.  Every pleading filed in the Consolidated Action, or in any separate action included herein, shall bear the following caption:

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
| --- | --- |
| IN RE SUNPOWER CORPORATION SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To: | Lead Case No. 5:16-cv-05312-RS<br><br>(Consolidated with Case Nos. 5:16-cv-05381-RS and 3:16-cv-05988-RS) |

3.  The files of the Consolidated Action shall be maintained in one file under Master File No. 5:16-cv-05312-RS.

4.  Defendants are not required to respond to the complaint in any action consolidated into this Consolidated Action, other than a consolidated complaint or a complaint designated as the operative complaint. The parties will meet and confer regarding a schedule for the case, including

1  the filing of a consolidated or operative complaint and Defendants' response thereto, following
2  consolidation.

3     5.   Lead Counsel for Plaintiffs for the conduct of the Consolidated Action is:

ROBBINS ARROYO LLP
BRIAN J. ROBBINS
GEORGE C. AGUILAR
ASHLEY R. RIFKIN
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

6.  Plaintiffs' Lead Counsel shall have sole authority to speak for Plaintiffs in matters regarding pre-trial procedure, trial, and settlement and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

7.  Plaintiffs' Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of Plaintiffs.  No motion, request for discovery, or other pre-trial or trial proceedings shall be initiated or filed by any plaintiff except through Plaintiffs' Lead Counsel.

8.  Plaintiffs' Lead Counsel shall be available and responsible for communications to and from this Court, including distributing orders and other directions from the Court to counsel. Plaintiffs' Lead Counsel shall be responsible for creating and maintaining a master service list of all parties and their respective counsel.

9.  Defendants' counsel may rely upon all agreements made with Plaintiffs' Lead Counsel, or other duly authorized representative of Plaintiffs' Lead Counsel, and such agreements shall be binding on all Plaintiffs.

10. Defendants' counsel signing this stipulation shall appear for and accept service on behalf of all their clients who have not already been served.

11. This Order shall apply to each case, arising out of the same or substantially the same transactions or events as these cases, which is subsequently filed in, remanded to or transferred to this Court.

- 3 -

1  12. When a case which properly belongs as part of the *In re SunPower Corporation Shareholder Derivative Litigation*, Lead Case No. 5:16-cv-05312-RS, is hereafter filed in the Court or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing or transfer of any case which might properly be consolidated as part of the *In re SunPower Corporation Shareholder Derivative Litigation*, Lead Case No. 5:16-cv-05312-RS, and Lead Counsel are to assist in assuring that counsel in subsequent actions receive notice of this Order. All such related derivative actions that are subsequently filed in, or transferred to, this District shall be consolidated into this action.

13. Pursuant to Fed. R. Civ. P. 5(b)(2)(E)-(F), service by e-mail transmission shall be permitted in addition to service via ECF notification.

14. Nothing herein shall be construed as effecting a waiver or concession by any of the parties. All parties preserve all of their claims and defenses.

**IT IS SO STIPULATED.**

Dated: November 10, 2016                    ROBBINS ARROYO LLP

                                            *s/ George C. Aguilar*
                                            GEORGE C. AGUILAR

                                            Brian J. Robbins
                                            George C. Aguilar
                                            Ashley R. Rifkin
                                            600 B Street, Suite 1900
                                            San Diego, CA 92101
                                            Telephone: (619) 525-3990
                                            Facsimile: (619) 525-3991
                                            brobbins@robbinsarroyo.com
                                            gaguilar@robbinsarroyo.com
                                            arifkin@robbinsarroyo.com

                                            *Proposed Lead Counsel for Plaintiffs and Attorneys for Plaintiff Melvin Brenner*

- 4 -
STIPULATION RE: CONSOLIDATION OF RELATED ACTIONS AND CASE MANAGEMENT; AND [PROPOSED] ORDER THEREON
CASE NOS. 16-CV-05312-RS; 16-CV-05381-RS; 16-CV-05988-RS

|     |     |     |
| --- | --- | --- |
| 1   |     | VITA LAW OFFICES P.C. |
|     |     | Richard J. Vita |
| 2   |     | 100 State Street, 9th Floor |
|     |     | Boston, MA 02109 |
| 3   |     | Telephone: (617) 426-6566 |
|     |     | Facsimile: (617) 249-2119 |
| 4   |     | rjv@vitalaw.com |
| 5   |     | *Attorneys for Plaintiff Melvin Brenner* |
| 6   |     |     |
| 7   | Dated: November 10, 2016 | BRODSKY & SMITH, LLC |
| 8   |     | *s/ Evan J. Smith* |
|     |     | EVAN J. SMITH |
| 9   |     |     |
| 10  |     | Evan J. Smith |
|     |     | 9595 Wilshire Boulevard, Suite 900 |
| 11  |     | Beverly Hills, CA 90212 |
|     |     | Telephone: (877) 534-2590 |
| 12  |     | Facsimile: (310) 247-0160 |
|     |     | esmith@brodsky-smith.com |
| 13  |     |     |
| 14  |     | PROFY PROMISLOFF & CIARLANTO, P.C. |
|     |     | Jeffrey J. Ciarlanto |
| 15  |     | Joseph M. Profy |
|     |     | David M. Promisloff |
| 16  |     | 100 N. 22nd Street, Unit 105 |
|     |     | Philadelphia, PA 19103 |
| 17  |     | Telephone: (215) 259-5156 |
|     |     | Facsimile: (215) 600-2642 |
| 18  |     | david@prolawpa.com |
|     |     | profy@prolawpa.com |
| 19  |     | ciarlanto@prolawpa.com |
| 20  |     |     |
| 21  |     | LAW OFFICE OF ALFRED G. YATES, JR., P.C. |
|     |     | Alfred G. Yates, Jr. |
| 22  |     | Gerald L. Rutledge |
|     |     | 519 Allegheny Building |
| 23  |     | 429 Forbes Avenue |
|     |     | Pittsburgh, PA 15219 |
| 24  |     | Telephone: (412) 391-5164 |
|     |     | Facsimile: (412) 471-1033 |
| 25  |     |     |
| 26  |     | *Attorneys for Plaintiff Bernard Stern* |
| 27  |     |     |
| 28  |     |     |

- 5 -

STIPULATION RE: CONSOLIDATION OF RELATED ACTIONS AND CASE MANAGEMENT; AND [PROPOSED] ORDER THEREON
CASE NOS. 16-CV-05312-RS; 16-CV-05381-RS; 16-CV-05988-RS

| | | |
|---|---|---|
| 1 | Dated: November 10, 2016 | THE WAGNER FIRM |
| 2 | | *s/ Avi N. Wagner* |
| 3 | | AVI N. WAGNER |
| 4 | | Avi N. Wagner |
| | | 1925 Century Park East, Suite 2100 |
| 5 | | Los Angeles, CA 90067 |
| | | Telephone: (310) 491-7949 |
| 6 | | Facsimile: (310) 694-3967 |
| 7 | | avi@thewagnerfirm.com |
| 8 | | GAINEY McKENNA & EGLESTON |
| | | Thomas J. Mckenna |
| 9 | | Gregory M. Egleston |
| 10 | | 440 Park Avenue South, 5th Floor |
| | | New York, NY 10016 |
| 11 | | Telephone: (212) 983-1300 |
| | | Facsimile: (212) 983-0383 |
| 12 | | gegleston@gme-law.com |
| 13 | | tjmckenna@gme-law.com |
| 14 | | *Attorneys for Plaintiff Peter Moscone* |
| 15 | | |
| 16 | Dated: November 10, 2016 | WILSON SONSINI GOODRICH & ROSATI |
| | | Professional Corporation |
| 17 | | *s/ Steven M. Schatz* |
| 18 | | STEVEN M. SCHATZ |
| 19 | | Steven M. Schatz |
| | | Katherine L. Henderson |
| 20 | | 650 Page Mill Road |
| | | Palo Alto, CA 94304 |
| 21 | | Telephone: (650) 493-9300 |
| 22 | | Facsimile: (650) 493-6811 |
| | | sschatz@wsgr.com |
| 23 | | khenderson@wsgr.com |
| 24 | | *Attorneys for Defendants SunPower Corporation,* |
| | | *Thomas H. Werner, Charles D. Boynton, Bernard* |
| 25 | | *Clément, Ladislas Paszkiewicz, Daniel Lauré,* |
| 26 | | *Catherine A. Lesjak, Thomas R. Mcdaniel, Pat* |
| | | *Wood III, Arnaud Chaperon, Denis Giorno, Jean-* |
| 27 | | *Marc Otero del Val, and Humbert de Wendel* |
| 28 | | |

- 6 -

STIPULATION RE: CONSOLIDATION OF RELATED ACTIONS AND CASE MANAGEMENT; AND [PROPOSED] ORDER THEREON
CASE NOS. 16-CV-05312-RS; 16-CV-05381-RS; 16-CV-05988-RS

I, George C. Aguilar, am the ECF User whose ID and password are being used to file this Stipulation Regarding Consolidation of Related Actions and Case Management. In compliance with Civil L.R. 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

*s/ George C. Aguilar*
GEORGE C. AGUILAR

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 11/15/16

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the Electronic Mail Notice for this action.

I further certify that I caused a true and correct copy of the foregoing to be sent via electronic mail to the following:

Steven M. Schatz
Katherine L. Henderson
650 Page Mill Road
Palo Alto, CA 94304
sschatz@wsgr.com
khenderson@wsgr.com

*Attorneys for Defendants Thomas H. Werner, Charles D. Boynton, Bernard Clément, Ladislas Paszkiewicz, Daniel Lauré, Catherine A. Lesjak, Thomas R. Mcdaniel, Pat Wood III, Arnaud Chaperon, Denis Giorno, Jean-Marc Otero del Val, Humbert de Wendel, and nominal defendant SunPower Corporation*

                                        *s/ George C. Aguilar*
                                        GEORGE C. AGUILAR

1135316