1  ROBBINS ARROYO LLP
   BRIAN J. ROBBINS (190264)
2  brobbins@robbinsarroyo.com
   GEORGE C. AGUILAR (126535)
3  gaguilar@robbinsarroyo.com
   ASHLEY R. RIFKIN (246602)
4  arifkin@robbinsarroyo.com
   600 B Street, Suite 1900
5  San Diego, CA 92101
   Telephone: (619) 525-3990
6  Facsimile: (619) 525-3991

7  Lead Counsel for Plaintiffs

8  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
9  STEVEN M. SCHATZ (SBN 118356)
   sschatz@wsgr.com
10 KATHERINE L. HENDERSON (SBN 242676)
   khenderson@wsgr.com
11 650 Page Mill Road
   Palo Alto, CA 94304
12 Telephone: (650) 493-9300
   Facsimile: (650) 493-6811
13
14 Attorneys for Defendants
15
16            **UNITED STATES DISTRICT COURT**
17           **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 18  IN RE SUNPOWER CORPORATION SHAREHOLDER DERIVATIVE LITIGATION | Lead Case No. 3:16-cv-05312-RS |
| 19 | (Consolidated with Case Nos. 5:16-cv-05381-RS and 3:16-cv-05988-RS) |
| 20 | **STIPULATION AND [**~~PROPOSED~~**] ORDER REGARDING CASE SCHEDULE AND TEMPORARY STAY OF ACTION** |
| 21  This Document Relates To: | |
| 22  ALL ACTIONS | |

23
24
25
26
27
28

1      Plaintiffs Bernard Stern, Peter Moscone, and Melvin Brenner (collectively, "Plaintiffs"),

2 defendants Thomas H. Werner, Charles D. Boynton, Bernard Clément, Ladislas Paszkiewicz,

3 Daniel Lauré, Catherine A. Lesjak, Thomas R. McDaniel, Pat Wood III, Arnaud Chaperon, Denis

4 Giorno, Jean-Marc Otero del Val, and Humbert de Wendel (the "Individual Defendants"), and

5 nominal defendant SunPower Corporation ("SunPower" and, collectively with the Individual

6 Defendants, "Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

7      WHEREAS, Plaintiffs filed separate shareholder derivative actions on behalf of SunPower

8 and against the Individual Defendants in this Court between September 16 and October 17, 2016;

9      WHEREAS, Plaintiffs and Defendants (together, the "Parties") stipulated to the

10 consolidation of Plaintiffs' derivative actions (the "Consolidated Action") and the appointment of

11 lead counsel, which was approved and entered by the Court on November 15, 2016 (the

12 "Consolidation Order");

13      WHEREAS, the Consolidation Order provides, among other things, that the Parties would

14 meet and confer regarding a schedule for the Consolidated Action, including the filing of a

15 consolidated complaint or designation of an operative complaint by Plaintiffs;

16      WHEREAS, there are two securities fraud class actions brought on behalf of a putative class

17 of SunPower shareholders and asserting claims arising from facts common to the Consolidated

18 Action currently pending in this Court captioned *Bristow v. SunPower Corp., et al.*, Case No. 3:16-

19 cv-04710-RS and *Patel v. SunPower Corp., et al.*, Case No. 3:16-cv-04915-RS (collectively, the

20 "Securities Action");

21      WHEREAS, on December 9, 2016, this Court entered an order consolidating the related

22 Securities Action and appointing lead plaintiff and lead counsel;

23      WHEREAS, it is anticipated that lead plaintiff will file a consolidated complaint in the

24 Securities Action and that defendants will file a motion to dismiss the consolidated complaint;

25      WHEREAS, the Parties have been engaged in discussions regarding scheduling and the

26 possible coordination of the Consolidated Action with the Securities Action; and

27

28

1    WHEREAS, the Parties agree that, given the unique circumstances of this Consolidated

2  Action and the factually related Securities Action, it is in the best interests of SunPower to

3  temporarily stay this action pending resolution of the anticipated motion to dismiss in the related

4  Securities Action;

5    NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties,

6  through their respective counsel of record, as follows:

7    1.    Plaintiffs shall either file a consolidated complaint or designate a complaint as

8  operative on or before January 13, 2017.

9    2.    Following the filing or designation of a complaint by Plaintiffs as described above,

10  this Consolidated Action shall remain stayed pending resolution of the anticipated motion to dismiss

11  in the Securities Action.

12    3.    Within thirty (30) days of entry of an order on the motion to dismiss in the Securities

13  Action, the Parties shall submit a proposed schedule for further proceedings in this Consolidated

14  Action.

15  **IT IS SO STIPULATED.**

16  Dated: December 13, 2016                    ROBBINS ARROYO LLP

17                                              *s/ George C. Aguilar*
                                                ─────────────────────
18                                              GEORGE C. AGUILAR

19                                              Brian J. Robbins
20                                              George C. Aguilar
                                                Ashley R. Rifkin
21                                              600 B Street, Suite 1900
                                                San Diego, CA 92101
22                                              Telephone: (619) 525-3990
                                                Facsimile: (619) 525-3991
23                                              brobbins@robbinsarroyo.com
                                                gaguilar@robbinsarroyo.com
24                                              arifkin@robbinsarroyo.com

25                                              *Lead Counsel for Plaintiffs*

26

27

28
                                              - 2 -

1

Dated: December 13, 2016

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

2

3

*s/ Steven M. Schatz*
STEVEN M. SCHATZ

4

5

Steven M. Schatz
Katherine L. Henderson
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
sschatz@wsgr.com
khenderson@wsgr.com

6

7

8

9

10

*Attorneys for Defendants SunPower Corporation,*
*Thomas H. Werner, Charles D. Boynton, Bernard*
*Clément, Ladislas Paszkiewicz, Daniel Lauré,*
*Catherine A. Lesjak, Thomas R. Mcdaniel, Pat*
*Wood III, Arnaud Chaperon, Denis Giorno, Jean-*
*Marc Otero del Val, and Humbert de Wendel*

11

12

13

14

15      I, George C. Aguilar, am the ECF User whose ID and password are being used to file this
Stipulation and [Proposed] Order Regarding Case Schedule and Temporary Stay of Action.   In
compliance with Civil L.R. 5-1(i), I hereby attest that concurrence in the filing of this document has
been obtained from each of the other signatories.

16

17

*s/ George C. Aguilar*
GEORGE C. AGUILAR

18

19

20   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

21

22   DATED:   12/13/16

23      HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

24

25

26

27

28

- 3 -