ROBBINS ARROYO LLP
BRIAN J. ROBBINS (SBN 190264)
brobbins@robbinsarroyo.com
GEORGE C. AGUILAR (SBN 126535)
gaguilar@robbinsarroyo.com
ASHLEY R. RIFKIN (SBN 246602)
arifkin@robbinsarroyo.com
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Attorneys for Plaintiff

[Additional Counsel on Signature Pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUNPOWER CORPORATION SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. 3:16-cv-05312-RS<br><br>(Consolidated with Case Nos. 3:16-cv-05381-RS and 3:16-cv-05988-RS)<br><br>District Judge Richard Seeborg<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>**(Civil L.R. 3-12)** |

[Caption Continued on Next Page]

| | |
|---|---|
| SCOTT SALYERS, LAWRENCE GARNER, LORIE BARNWELL, GREGORY PALICZUK and FRANK BADALAMENTE, in Their Capacities as Trustees for the CITY OF WARREN POLICE AND FIRE RETIREMENT SYSTEM, Derivatively on Behalf of SUNPOWER CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD CLÉMENT, LADISLAS PASZKIEWICZ, DANIEL LAURÉ, CATHERINE A. LESJAK, THOMAS H. WERNER, THOMAS R. McDANIEL, PATRICK WOOD III, ARNAUD CHAPERON, HUMBERT DE WENDEL, JEAN-MARC OTERO DEL VAL, DENIS GIORNO and CHARLES D. BOYNTON,<br><br>Defendants. | Case No. 5:16-cv-07143-NC<br><br>Magistrate Judge Nathanael M. Cousins |

WHEREAS the following shareholder derivative actions pending in the U.S. District Court for the Northern District of California arise out of a common set of facts:

| Case Name | Case No. | Filing Date |
|---|---|---|
| *In re SunPower Corporation Shareholder Derivative Litigation* (the "Consolidated Derivative Action") | Lead Case No. 3:16-cv-05312-RS | Initial Filing Date Sept. 16, 2016 |
| *Salyers, et al. v. Clement, et al.* (the "*Salyers* Action") | 5:16-cv-07143-NC | Dec. 14, 2016 |

WHEREAS, pursuant to Civil Local Rule 3-12, plaintiffs in the Consolidated Derivative Action have filed concurrently herewith an administrative motion to consider whether the *Salyers* Action should be deemed related to the pending Consolidated Derivative Action and reassigned to the Honorable Richard Seeborg;

WHEREAS, the *Salyers* Action arises from substantially similar facts and circumstances as the Consolidated Derivative Action;

WHEREAS, it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if these cases are conducted before different judges; and

WHEREAS, defendants have not yet responded to the complaints in any of these actions.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the undersigned parties, subject to approval of the Court, that the *Salyers* Action should be deemed related to the pending Consolidated Derivative Action and reassigned to the Honorable Richard Seeborg.

Dated: December 22, 2016

ROBBINS ARROYO LLP
BRIAN J. ROBBINS
GEORGE C. AGUILAR
ASHLEY R. RIFKIN

*s/ George C. Aguilar*
George C. Aguilar

| | |
|---|---|
| 1 | 600 B Street, Suite 1900 |
| 2 | San Diego, CA 92101 |
| | Telephone: (619) 525-3990 |
| 3 | Facsimile: (619) 525-3991 |
| | brobbins@robbinsarroyo.com |
| 4 | gaguilar@robbinsarroyo.com |
| | arifkin@robbinsarroyo.com |
| 5 | *Lead Counsel for Plaintiffs* |

Dated: December 22, 2016          WILSON SONSINI GOODRICH & ROSATI
                                  Professional Corporation
                                  STEVEN M. SCHATZ (SBN 118356)
                                  KATHERINE L. HENDERSON (SBN 242676)

                                   *s/ Steven M. Schatz*
                                  Steven M. Schatz

                                  650 Page Mill Road
                                  Palo Alto, CA 94304
                                  Telephone: (650) 493-9300
                                  Facsimile: (650) 493-6811
                                  sschatz@wsgr.com
                                  khenderson@wsgr.com

                                  *Attorneys for Defendants SunPower Corporation, Thomas H. Werner, Charles D. Boynton, Bernard Clément, Ladislas Paszkiewicz, Daniel Lauré, Catherine A. Lesjak, Thomas R. Mcdaniel, Pat Wood III, Arnaud Chaperon, Denis Giorno, Jean-Marc Otero del Val, and Humbert de Wendel*

Dated: December 22, 2016          ROBBINS GELLER RUDMAN & DOWD LLP
                                  TRAVIS E. DOWNS III (SBN 148274)
                                  BENNY C. GOODMAN III (SBN 211302)
                                  ERIK W. LUEDEKE (SBN 249211)

                                   *s/ Erik W. Luedeke*
                                  Erik W. Luedeke

                                  655 West Broadway, Suite 1900
                                  San Diego, CA 92101
                                  Telephone: (619) 231-1058
                                  Facsimile: (619) 231-7423
                                  travisd@rgrdlaw.com
                                  bennyg@rgrdlaw.com
                                  eluedeke@rgrdlaw.com

<pre>
ROBBINS GELLER RUDMAN & DOWD LLP
SHAWN A. WILLIAMS (SBN 213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 288-4545
Facsimile: (415) 288-4534
shawnw@rgrdlaw.com

VANOVERBEKE MICHAUD
  & TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI 4821
Telephone: (313) 578-1200
Facsimile: (313) 578-1201
tmichaud@vmtlaw.com
</pre>

*Attorneys for Plaintiff Scott Salyers, Lawrence Garner, Lorie Barnwell, Gregory Paliczuk and Frank Badalamente*

I, George C. Aguilar, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order in Support of Administrative Motion to Consider Whether Cases Should Be Related. In compliance with Civil L.R. 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

*s/ George C. Aguilar*
George C. Aguilar

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 12/27/16

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER ISO ADMIN. MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NOS. 3:16-CV-05312-RS; 5:16-CV-07143-NC

# CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the Electronic Mail Notice for this action.

I further certify that I caused and true and correct copy of the foregoing to be sent via electronic mail to the following:

Shawn A. Williams
shawnw@rgrdlaw.com
ROBBINS GELLER RUDMAN
 & DOWD LLP
Post Montgomery Center
One Montgomery Center, Suite 1800
San Francisco, CA 94104

Thomas C. Michaud
tmichaud@vmtlaw.com
VANOVERBEKE MICHAUD &
TIMMONY, P.C.
79 Alfred Street
Detroit, MI 48201

Travis E. Downs III
travisd@rgrdlaw.com
Benny C. Goodman III
bennyg@rgrdlaw.com
Erik W. Luedeke
eluedeke@rgrdlaw.com
ROBBINS GELLER RUDMAN
 & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

*s/ George C. Aguilar*
George C. Aguilar

1142875

- 4 -

STIPULATION AND [PROPOSED] ORDER ISO ADMIN. MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NOS. 3:16-CV-05312-RS; 5:16-CV-07143-NC