STEVEN M. SCHATZ, State Bar No. 118356
KATHERINE L. HENDERSON, State Bar No. 242676
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
Email: sschatz@wsgr.com
Email: khenderson@wsgr.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUNPOWER CORPORATION SHAREHOLDER DERIVATIVE LITIGATION <br><br> This Document Relates To: <br><br> ALL ACTIONS | LEAD CASE NO.: 3:16-cv-5312-RS <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

1  WHEREAS, a Case Management Conference ("CMC") in the above-captioned
2  consolidated action is currently scheduled for January 26, 2017;

3  WHEREAS, pursuant to the Stipulation and Order Regarding Case Schedule and
4  Temporary Stay of Action entered by the Court on December 13, 2016 (Dkt. No. 15) (the
5  "December 13 Order"), Plaintiffs are to either file a consolidated complaint or designate a
6  complaint as the operative complaint on or before January 13, 2017;

7  WHEREAS, pursuant to the December 13 Order, following the filing or designation of an
8  operative complaint by Plaintiffs on January 13, 2017, this action shall remain stayed pending
9  resolution of the anticipated motion to dismiss in the related consolidated securities class action
10 currently pending in this Court;

11 WHEREAS, the parties have met and conferred, and agree that, in light of the impending
12 stay, the January 26, 2017 CMC and related CMC and ADR deadlines should be continued during
13 the pendency of the temporary stay and reset to a later date and time to be determined by the
14 Court;

15 NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties,
16 through their respective counsel of record, and subject to the approval of the Court, as follows:

17 1. The January 26, 2017 CMC and related CMC and ADR deadlines shall be
18 continued during the pendency of the temporary stay in the above-captioned action and shall be
19 reset to a later date and time to be determined by the Court.

| | |
|---|---|
| Dated:  January 12, 2017 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br><br>By: /s/ *Steven M. Schatz*<br>       Steven M. Schatz<br><br>Steven M. Schatz<br>Katherine L. Henderson<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile:  (650) 493-6811<br>Email: sschatz@wsgr.com<br>Email:  khenderson@wsgr.com<br><br>*Attorneys for Defendants SunPower Corporation, Thomas H. Werner, Charles D. Boynton, Bernard Clément, Ladislas Paszkiewicz, Daniel Lauré, Catherine A. Lesjak, Thomas R. McDaniel, Pat Wood III, Arnaud Chaperon, Denis Giorno, Jean-Marc Otero del Val, and Humbert de Wendel* |
| Dated: January 12, 2017 | ROBBINS ARROYO LLP<br><br>By: /s/ *George C. Aguilar*<br>       George C. Aguilar<br><br>Brian J. Robbins<br>George C. Aguilar<br>Ashley R. Rifkin<br>600 B Street, Suite 1900<br>San Diego, CA 92101<br>Telephone: (619) 525-3990<br>Facsimile: (619) 525-3991<br>brobbins@robbinsarroyo.com<br>gaguilar@robbinsarroyo.com<br>arifkin@robbinsarroyo.com<br><br>*Lead Counsel for Plaintiffs* |

| | |
|---|---|
| 1 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 2 | DATED:  1/13/17 |
| 3 | The Honorable Richard Seeborg<br>United States District Judge |

STIPULATION AND [PROPOSED] ORDER REGARDING
CONTINUANCE OF CASE MANAGEMENT
CONFERENCE
LEAD CASE NO. 3:16-CV-05312-RS

-3-