ROBBINS ARROYO LLP
BRIAN J. ROBBINS (190264)
brobbins@robbinsarroyo.com
GEORGE C. AGUILAR (126535)
gaguilar@robbinsarroyo.com
ASHLEY R. RIFKIN (246602)
arifkin@robbinsarroyo.com
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Lead Counsel for Plaintiffs

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
STEVEN M. SCHATZ (SBN 118356)
sschatz@wsgr.com
KATHERINE L. HENDERSON (SBN 242676)
khenderson@wsgr.com
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUNPOWER CORPORATION SHAREHOLDER DERIVATIVE LITIGATION | Lead Case No. 3:16-cv-05312-RS |
| | (Consolidated with Case Nos. 5:16-cv-05381-RS and 3:16-cv-05988-RS) |
| This Document Relates To: | **STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| ALL ACTIONS | |

1    Pursuant to Rules 23.1(c) and 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

2    plaintiffs Bernard Stern, Peter Moscone, and Melvin Brenner (collectively, "Plaintiffs"), defendants

3    Thomas H. Werner, Charles D. Boynton, Bernard Clément, Ladislas Paszkiewicz, Daniel Lauré,

4    Catherine A. Lesjak, Thomas R. McDaniel, Pat Wood III, Arnaud Chaperon, Denis Giorno, Jean-

5    Marc Otero del Val, and Humbert de Wendel (the "Individual Defendants"), and nominal defendant

6    SunPower Corporation ("SunPower" and, collectively with the Individual Defendants,

7    "Defendants"),[1] by and through their undersigned counsel, submit this stipulation and [proposed]

8    order to voluntary dismiss the above-captioned action without prejudice and state as follows:

9    WHEREAS, Plaintiffs' individual shareholder derivative actions were consolidated by the

10   Court on November 15, 2016 (the "Consolidated Action") (Dkt. No. 12);

11   WHEREAS, there was a consolidated securities fraud class action brought on behalf of a

12   putative class of SunPower shareholders and asserting claims arising from facts common to the

13   Consolidated Action pending in this Court and captioned *In re SunPower Corporation Securities*

14   *Litigation*, Case No. 3:16-cv-04710-RS (the "Securities Action");

15   WHEREAS, the Parties met and conferred regarding coordination of the Consolidated

16   Action with the related Securities Action and agreed that it was in the best interests of SunPower to

17   temporarily stay the Consolidated Action pending resolution of defendants' anticipated motion to

18   dismiss in the Securities Action;

19   WHEREAS, the Parties submitted a stipulation providing for the filing of a consolidated

20   complaint and for the above-described stay (Dkt. No. 14), which was approved and entered by the

21   Court on December 13, 2016 (the "Stay Order") (Dkt. No. 15);

22   WHEREAS, on January 13, 2017, Plaintiffs filed their Verified Consolidated Stockholder

23   Derivative Complaint (Dkt. No. 22);

24

25

26   _____

27   [1] Plaintiffs and Defendants are collectively referred to herein as the "Parties."

28
                                                      - 2 -

STIPULATION AND [PROPOSED] ORDER OF                              LEAD CASE NO. 3:16-CV-05312-RS
VOLUNTARY DISMISSAL WITHOUT PREJUDICE

1       WHEREAS, in the Securities Action, on October 9, 2018, the Court entered an order

2 granting defendants' motion to dismiss without leave to amend and, on October 10, 2018, the Court

3 entered judgment in favor of defendants in the Securities Action;

4       WHEREAS, the deadline for plaintiffs in the Securities Action to file a notice of appeal

5 from the Court's judgment has passed;

6       WHEREAS, Plaintiffs now wish to voluntarily dismiss this Consolidated Action without

7 prejudice, with each party to bear their own costs and fees, and Defendants do not oppose such a

8 dismissal; and

9       WHEREAS, the Parties respectfully submit that notice of said dismissal is unnecessary to

10 protect the interests of SunPower and its shareholders for the following reasons: (i) Plaintiffs seek

11 dismissal without prejudice; (ii) there has been no settlement or compromise between the Parties

12 nor attempts to seek such; (iii) there has been no collusion among the Parties; and (iv) neither

13 Plaintiffs nor their counsel have received nor will receive any consideration from Defendants for the

14 dismissal.

15       **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the Parties,

16 through their respective counsel of record, pursuant to Rules 23.1(c) and 41(a)(1)(A)(ii) of the

17 Federal Rules of Civil Procedure and subject to Court approval, as follows:

18       1.    This Consolidated Action is dismissed in its entirety without prejudice.

19       2.    Each Party shall bear their own costs, fees, and expenses, including attorneys' fees.

20       3.    For the reasons noted above, notice of this dismissal is not required.

21 **IT IS SO STIPULATED.**

22 Dated: November 20, 2018                ROBBINS ARROYO LLP

23                                    */s/ Ashley R. Rifkin*
                                   ASHLEY R. RIFKIN

24

25                                    Brian J. Robbins
                                   George C. Aguilar

26                                    Ashley R. Rifkin
                                   600 B Street, Suite 1900

27                                    San Diego, CA 92101
                                   Telephone: (619) 525-3990

28                                    Facsimile: (619) 525-3991

- 3 -

brobbins@robbinsarroyo.com
gaguilar@robbinsarroyo.com
arifkin@robbinsarroyo.com

*Lead Counsel for Plaintiffs*

Dated: November 20, 2018

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*/s/ Katherine L. Henderson*
KATHERINE L. HENDERSON

Steven M. Schatz
Katherine L. Henderson
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
sschatz@wsgr.com
khenderson@wsgr.com

*Attorneys for Defendants SunPower Corporation, Thomas H. Werner, Charles D. Boynton, Bernard Clément, Ladislas Paszkiewicz, Daniel Lauré, Catherine A. Lesjak, Thomas R. Mcdaniel, Pat Wood III, Arnaud Chaperon, Denis Giorno, Jean-Marc Otero del Val, and Humbert de Wendel*

I, Ashley R. Rifkin, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order of Voluntary Dismissal Without Prejudice. In compliance with Civil L.R. 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

*/s/ Ashley R. Rifkin*
ASHLEY R. RIFKIN

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  11/20/18

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

1315457

- 4 -

STIPULATION AND [PROPOSED] ORDER OF
VOLUNTARY DISMISSAL WITHOUT PREJUDICE

LEAD CASE NO. 3:16-CV-05312-RS